THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHAMANE HOWE,                         :

    Plaintiff,                    :       Case No. 3:25-cv-454

    v.                            :       Judge Walter H. Rice
                                      :       Mag. Judge Peter B. Silvain, Jr.
ALLSTATE INS. CO., *et al.*,

    Defendants.                   :

---

DECISION AND ENTRY ADOPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATIONS (DOC. #2) OF MAGISTRATE JUDGE AND OVERRULING AS MOOT MOTIONS TO DISMISS OF DEFENDANT PAUL B. RODERER, JR. (DOC. #6), ALLSTATE INSURANCE COMPANY (DOC. #7), AND ALAN R. TRENZ (DOC. #8); PLAINTIFF SHAMANE HOWE'S COMPLAINT (DOC. #3) IS DISMISSED WITHOUT PREJUDICE TO REFILING WITHIN TWENTY-EIGHT DAYS OF ENTRY; FAILURE TO DO SO WILL RESULT IN PLAINTIFF'S CLAIMS BEING DISMISSED WITH PREJUDICE AND JUDGMENT ENTERING IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF

---

Before the Court is the Report and Recommendations of Magistrate Judge Peter B. Silvain, Jr. (Doc. #2), wherein, on May 19, 2026, he recommended "that the Court **DISMISS** this action under 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted." (Doc. #2, PAGEID 137 (emphasis in original)). Subsequently, Motions to Dismiss were filed by Defendants Paul B. Roderer, Jr. (Doc. #6), Allstate Insurance Company (Doc. #7), and Alan R. Trenz (Doc. #8), relying on the reasoning set forth in the Report and Recommendations.

(*see, e.g.*, Doc. #6, PAGEID 181, citing Doc. #2). However, no party has filed objections to the Report and Recommendations, and the time for doing so has expired. FED.R.CIV.P. 6(d), 72(b).

In light of the well-reasoned Report and Recommendations, and the lack of objections thereto, the Court ADOPTS the Report and Recommendations as to the dismissal of Plaintiff Shamane Howe's Complaint. (Doc. #2, PAGEID 151, citing Compl., Doc. #3). The Roderer, Allstate, and Trenz Motions (Docs. #6, 7, 8) are OVERRULED AS MOOT. However, the Court is mindful of Plaintiff's *pro se* status and the sometimes-confusing contours of diversity jurisdiction (Doc. #2, PAGEID 150-51, citing 28 U.S.C. § 1332). Accordingly, the Court REJECTS the recommendation of dismissal with prejudice (and the recommended certification to the United States Court of Appeals for the Sixth Circuit as to whether an appeal would be taken in good faith). Plaintiff's Complaint (Doc. #3) is DISMISSED WITHOUT PREJUDICE to refiling within twenty-eight (28) days of entry. Failure to do so will result in Plaintiff's claims being dismissed with prejudice, judgment entering in favor of Defendants and against Plaintiff, and, pursuant to 28 U.S.C. § 1915(a)(3), this Court certifying that any appeal would not be taken in good faith, and Plaintiff should not be permitted to proceed on appeal *in forma pauperis*.[1]

---

[1] The Court notes that there is no indication on the docket as to whether Defendants Arnetta Gary, Mike Fiato, and Christine DeBiase have been served, and unlike their co-Defendants, they have not moved to dismiss. However, if Plaintiff's Amended Complaint does not survive a renewed 28 U.S.C. § 1915 screening, then the case will be dismissed with prejudice against all Defendants, including Defendants Gary, Fiato, and DeBiase.

2

IT IS SO ORDERED.

June 25, 2026

_Walter H. Rice_

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

3