IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHAMANE HOWE, | : | |
| Plaintiff, | | Case No. 3:25-cv-454 |
| v. | : | JUDGE WALTER H. RICE |
| ALLSTATE INS. CO., *et at.*, | | |
| Defendants. | : | |

---

TERMINATION ENTRY

---

On June 25, 2026, this Court Adopted in Part and Rejected in Part the Report and Recommendations filed by United States Magistrate Judge Peter B. Silvain, Jr. Doc. #9. In that Decision, the Court permitted Plaintiff Shamane Howe twenty-eight (28) days to refile a viable Complaint. Failure to do so, as the Court made clear, would result in his case being dismissed with prejudice. Plaintiff has not filed an Amended Complaint within the allotted time.

The captioned case is DISMISSED WITH PREJUDICE and is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: August 3, 2026

Walter H. Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE